Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Thomas Hill

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HILL, </br>   Plaintiff, </br> vs. </br> CAROLYN W. COLVIN, </br> Acting Commissioner Of Social Security, </br>   Defendant. | Case No.: 2:15-cv-08450-ODW-JC </br></br> ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS HEREBY ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **TWO THOUSAND FOUR HUNDRED FORTY NINE DOLLARS** ($2,449.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 8, 2016

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE